Grace M. Smith, Appellant, v. Charles Jording, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Federico Zunino, Appellant, v. Parodi Cigar Company, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

The People of the State of New York ex rel. New York Telephone Company, Appellant, v. State Board of Tax Commissioners, Now State Tax Commission, Respondent. The City of New York, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of Frank C. Mayhew and Ralph Hickox, as Trustees under the Will of Levi H. Mace, Deceased, for Payment of an Award in the Matter of the Closing of White Plains Road. Adelaide A. Wabst, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Leon Moyse and Others, Copartners, etc., Appellants, v. Walter Kaffenberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application to Compel an Accounting in the Estate of Louisa Varet, Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of Thomas L. Feitner, as Executor, etc., of Louisa Varet, Deceased. In the Matter of the Final Judicial Settlement of the Account of Proceedings of Thomas L. Feitner, as Executor, etc., of Louisa Varet, Deceased. In the Matter of the Judicial Settlement of the Supplemental Account to the Final Account of Proceedings of Thomas L. Feitner, as Executor of and Trustee under the Last Will and Testament of Louisa Varet, Deceased. Annie B. Varet, Individually, as General Guardian of Leila A. Varet, Infant, and as Assignee of Ninety Per Cent of the Interests of Emily R. Terriberry and Others, and Another, Appellants; Thomas L. Feitner, as Executor, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Clark L. Jordan, Jr., Respondent, v. Martin Tschopp, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

Sultzer & Chambre, Inc., a Domestic Corporation, Respondent, v. Inter-Continental Construction Corporation, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, on the ground that the order fails to recite the grounds for an injunction (Code Civ. Proc. § 610; *Meyer* v. *Moress*, 106 App. Div. 556; *Brockway* v. *Miller*, 144 id. 239; *Burdi* v. *Giordano*, 158 id. 945), and the proceedings remitted to the Special Term for further action upon the motion for an injunction on such additional papers as may be submitted on notice,